UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAM CHENEVERT, ET AL.

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY

CIVIL ACTION

NUMBER 15-46-JJB-SCR

## RULING MOTION TO COMPEL DISCOVERY

Before the court is Liberty Mutual Insurance Company's Motion to Compel Discovery Responses. Record document number 9. No opposition has been filed.

Defendant Liberty Mutual filed this motion to compel plaintiffs William and Sandra Chenevert to respond to its Interrogatories and Request for Production of Documents served on February 27, 2015.[1] Defendant also sought an award of expenses incurred in connection with the motion.

Defendant provided evidence of its efforts to obtain the plaintiff's discovery responses prior to filing its motion.[2] Defendant asserted that it unsuccessfully attempted to contact the plaintiff's counsel twice by telephone, and was only informed by his secretary that the responses would be forthcoming. In an email dated May 8, 2015, the defendant's attorney again requested the responses and set a discovery conference under Rule 37(a)(1),

---

[1] Record document number 9-2, Exhibit A.

[2] Record document number 9-2, Exhibits B and C.

Fed.R.Civ.P. for May 11, 2015. Plaintiff's attorney remained unresponsive and failed to attend the conference. Defendant then filed this motion to compel.

Despite the defendant's efforts to obtain their discovery responses, the plaintiffs did not serve answers to interrogatories or produce responsive documents. Nor have the plaintiffs responded to this motion or otherwise furnished any information indicating when their discovery responses will be provided.

In these circumstances, under Rule 37(a)(3) and (d)(1)(A), Fed.R.Civ.P., the defendant is entitled to an order requiring the plaintiffs to respond and imposing sanctions. Plaintiffs will be required to answer the interrogatories and produce responsive documents within 14 days. Plaintiffs shall also sign and return to the defendant's attorney the authorizations which were served with the discovery requests. No objections will be allowed.[3]

Defendant also sought an award of expenses, including attorney's fees. Rule 37(d)(3) incorporates the sanctions available under Rule 37(b)(2)(A)(i)-(vi). Under Rule 37(d)(3) the court must require the party failing to act, or the attorney advising that party, or both, to pay the reasonable expenses, including attorney's fees caused by the failure unless the failure was substantially justified or other circumstances make an award of

---

[3] Generally, discovery objections are waived if a party fails to timely object to interrogatories, production requests or other discovery efforts. *See*, *In re U.S.*, 864 F.2d 1153, 1156 (5th Cir.), *reh'g denied*, 869 F.2d 1487 (5th Cir. 1989); *Godsey v. U.S.*, 133 F.R.D. 111, 113 (S.D. Miss. 1990.)

expenses unjust. Defendant's motion shows that a good faith attempt was made to obtain the discovery responses without court action. Nothing in the record indicates that the plaintiff's failure was substantially justified or that there are any circumstances which would make an award of expenses unjust. Therefore, the defendant is entitled to reasonable expenses under Rule 37(d)(3). Defendant did not claim a specific amount of expenses incurred in filing this motion. A review of the motion and memorandum supports the conclusion that an award of $300.00 is reasonable.

Accordingly, the Liberty Mutual Insurance Company's Motion to Compel Discovery Responses is granted. Plaintiffs William and Sandra Chenevert shall serve their answers to the defendant's Interrogatories, produce documents responsive to the defendant's Request for Production of Documents, and complete, sign and return to the defendant's attorney the authorizations which were served with the discovery requests, all without objections and within 14 days. Pursuant to Rule 37(d)(3), the plaintiffs shall pay to the defendant, within 14 days, its reasonable expenses in the amount of $300.00.

Baton Rouge, Louisiana, June 16, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE